# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **APPLIED UNDERWRITERS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:03CV383** |
| vs. ) | |
| ) | **ORDER** |
| **LINCOLN OFFICE EQUIPMENT** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on plaintiff's AMENDED MOTION TO AMEND AMENDED FINAL PROGRESSION ORDER (#40). It does not appear that the requested amendments would adversely affect the trial date. Upon the representation that there is no objection,

**IT IS ORDERED** that plaintiff's motion (#39) is granted, as follows:

1. The deadline for Plaintiff's designation of expert witnesses is extended from August 1, 2005 to **September 1, 2005**.

2. The deadline for Defendant's initial designation of experts is extended to **October 15, 2005.**

3. Plaintiff's original Motion to Amend (#39) is denied as moot.

**DATED July 22, 2005.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**