# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **APPLIED UNDERWRITERS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:03CV383** |
| vs. | ) | |
| | ) | **ORDER** |
| **LINCOLN OFFICE EQUIPMENT COMPANY,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's unopposed MOTION FOR EXTENSION OF TIME AND AMENDMENT OF PROGRESSION ORDER (#43). The defendant requests a 90-day extension of time to designate experts, and a corresponding extension of all the other outstanding progression order deadlines. This case has been pending for over two years, and the progression order has already been extended on numerous occasions. The requested 90-day extension will not be granted; however, the defendant will be given a 30-day extension of time to **November 15, 2005** to designate expert witnesses. All other progression order deadlines are expressly reaffirmed.

**IT IS SO ORDERED.**

**DATED October 14, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**