IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC.,     ) | |
|                  Plaintiff,    ) | |
| v.     ) | 8:03CV383 |
| LINCOLN OFFICE EQUIPMENT,    ) | ORDER |
|                  Defendant.    ) | |

On the court's own motion,

IT IS ORDERED that the trial (nonjury) of this matter is continued from March 14, 2006 to **Tuesday, April 11, 2006** before Judge Laurie Smith Camp.

DATED October 31, 2005.

                                       BY THE COURT:

                                       s/ F.A. Gossett
                                       United States Magistrate Judge