# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:03CV383** |
| vs. ) | |
| ) | **ORDER** |
| LINCOLN OFFICE EQUIPMENT ) | |
| COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's unopposed MOTION FOR EXTENSION (#48). The defendant requests another extension of time to designate experts. The deadline had previously been extended to November 15, 2005, and counsel apparently requests an additional six-week extension. Upon the representation that plaintiff's attorney has no objection, defendant's deadline is hereby extended from November 15, 2005 to **December 30, 2005.**

**IT IS SO ORDERED.**

**DATED December 14, 2005.**

                                                    **BY THE COURT:**

                                                    **s/ F.A. Gossett**
                                                    **United States Magistrate Judge**