# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CV383 |
| vs. | ) | |
| | ) | ORDER |
| LINCOLN OFFICE EQUIPMENT COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for extension of time to disclose expert reports and to extend the deposition deadline (#50).  I note that the progression order deadlines have already been extended on several occasions.  Upon the representation that plaintiff's counsel has no objection, and for cause shown,

**IT IS ORDERED** that defendant's motion (#50) is granted, as follows:

1. Defendant shall serve its expert report on or before **January 17, 2006.**  This is a final extension.

2. The deposition deadline is extended to **February 17, 2006**.

3. The April 11, 2006 trial date is expressly reaffirmed.

**DATED January 3, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**