# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **APPLIED UNDERWRITERS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:03CV383** |
| vs. ) | |
| ) | **ORDER** |
| **LINCOLN OFFICE EQUIPMENT COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the parties' joint motion to extend the deposition deadline from February 17, 2006 to March 3, 2006 (Filing 57) and plaintiff's unopposed motion for leave to file a second amended complaint (Filing 60). It does not appear that the relief requested will disrupt the trial setting.

**IT IS ORDERED:**

1. The parties' joint motion to extended the deposition deadline from February 17, 2006 to March 3, 2006 (Filing 57) is granted.

2. Plaintiff's motion for leave to file a second amended complaint (Filing 60) is granted. Plaintiff shall file and serve the amended pleading forthwith. Defendant is given fourteen (14) days to respond to the second amended complaint.

**DATED February 21, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**