IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., | ) | Case No. 8:03cv383 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LINCOLN OFFICE EQUIPMENT COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Jeffrey Silver, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 3, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for March 6, 2006 and the trial set for April 11, 2006 are cancelled upon the representation that this case is settled.

Dated this 2nd day of March 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge