# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:03CV383** |
| vs. ) | |
| ) | **TRIAL ORDER** |
| LINCOLN OFFICE EQUIPMENT ) | |
| COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's MOTION FOR CONTINUANCE of the June 20, 2006 trial date. Considering the age of the case and the numerous extensions of time already given, the court's calendar cannot accommodate another extension of the trial date.

**IT IS ORDERED** that defendant's MOTION FOR CONTINUANCE (#74) is denied.

Pursuant to NECivR 72.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. **The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal.** *See* NECivR 72.2(d).

DATED April 13, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge