# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **APPLIED UNDERWRITERS, INC.,**  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>**LINCOLN OFFICE EQUIPMENT**  )<br>**COMPANY, A Nebraska Corporation,,**  )<br>  )<br>  Defendant.  ) | 8:03CV383<br><br>ORDER |

This case is before the court on the Motion to Reschedule Pretrial Conference [77], and for good cause shown, finds the motion should be granted. Therefore,

**IT IS ORDERED:**

1. The Motion to Reschedule Pretrial Conference [77] is granted.

2. The final pretrial conference is rescheduled to **Tuesday, June 6, 2006 at 1:30 p.m.,** with the undersigned magistrate judge in chambers, Suite 2210, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 24th day of April 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge