# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **APPLIED UNDERWRITERS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:03CV383** |
| vs. | ) | |
| | ) | **ORDER** |
| **LINCOLN OFFICE EQUIPMENT COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the court's own motion, the Text Order entered on June 7, 2006 (Filing 83) is withdrawn.

**DATED June 7, 2006.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**