IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., | ) | CASE NO. 8:03CV383 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| LINCOLN OFFICE EQUIPMENT COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Seal (Filing No. 82) and the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 81). The Motion to Seal will be granted in part, and Plaintiff is advised that there is no need for the filing of an additional stipulation of dismissal. The Court finds that the Joint Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Seal (Filing No. 82) is granted as follows:

    The Clerk of the Court is directed to seal Attachment 1 to Filing No. 81, the exhibit entitled, "Settlement Agreement,"

    and the motion is denied in all other respects such that the Joint Stipulation for Dismissal shall not be sealed;

2. The Joint Stipulation for Dismissal (Filing No. 81) is approved, and the relief requested therein is granted;

3. All claims in this action, including those raised in the Second Amended Complaint (Filing No. 65), are hereby dismissed with prejudice; and

4. Each party shall pay its own costs and attorneys' fees.

DATED this 7th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge